# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RUEDIGER LAUKTIEN,

                Plaintiff,

      v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

                Defendants.

Case No. 26-cv-03092

**Judge Joan H. Lefkow**

**Magistrate Judge Heather K. McShain**

## FINAL DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff RUEDIGER LAUKTIEN ("Lauktien" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Lauktien having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Lauktien having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because no Defaulting Defendant has contested personal jurisdiction. Furthermore, Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois, making it reasonable to infer that Defaulting Defendants have made sales to customers located in Illinois. Specifically, Lauktien has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Lauktien's federally registered copyright, which is protected by United States Copyright Registration No. VA 2-454-779 (the "Ruediger Lauktien Work") to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Lauktien's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from:

   a. using the Ruediger Lauktien Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Ruediger Lauktien product

2

or not authorized by Lauktien to be sold in connection with the Ruediger Lauktien Work;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Ruediger Lauktien product or any other product produced by Lauktien, that is not Lauktien's or not produced under the authorization, control, or supervision of Lauktien and approved by Lauktien for sale under the Ruediger Lauktien Work;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Lauktien, or are sponsored by, approved by, or otherwise connected with Lauktien; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Lauktien, nor authorized by Lauktien to be sold or offered for sale, and which bear any of Lauktien's copyrights, including the Ruediger Lauktien Work, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), eBay, Inc. ("eBay"), and Temu, LLC ("Temu") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used

to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Ruediger Lauktien Work; and

b.  operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Ruediger Lauktien Work or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Ruediger Lauktien product or not authorized by Lauktien to be sold in connection with the Ruediger Lauktien Work.

3.  Upon Lauktien's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Ruediger Lauktien Work.

4.  Pursuant to 17 U.S.C. § 504(c)(2), Lauktien is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Ruediger Lauktien Work on products sold through at least the Defendant Internet Stores.

5.  Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, eBay, and Temu, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.  All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held

4

by Third Party Providers such as Amazon, eBay, and Temu, are hereby released to Lauktien as partial payment of the above-identified damages, and Third Party Providers, including Amazon, eBay, and Temu, are ordered to release to Lauktien the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Lauktien has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Lauktien shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Lauktien identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Lauktien may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Judgment.

Dated: May 7, 2026

Joan H. Lefkow
United States District Judge

## First Amended Schedule A

| No. | Defendants |
|-----|-----------|
| 1 | qiu ying Regional poster |
| 2 | bing fan Ordinary poster |
| 3 | |
| 4 | DZ ART-US |
| 5 | Nepnuser |
| 6 | YYLposter |
| 7 | quwoxianhanxuanshangmaoyouxiangongsi |
| 8 | ZeroElec |
| 9 | June Decorate |
| 10 | Three posters |
| 11 | VividWall poster |
| 12 | SkyCanvas Poster |
| 13 | OK poster |
| 14 | Happy Canvas |
| 15 | posters ONE |
| 16 | Design and Display |
| 17 | ZYY art |
| 18 | Hipic Art |
| 19 | Big head wall art |
| 20 | Wow Poster |
| 21 | DIY MRDDK |
| 22 | yujian art |
| 23 | B Sincere Decorative painting |
| 24 | O Fast decorative painting |
| 25 | YoucaiStudio |
| 26 | qinqi art |
| 27 | Joyfullo |
| 28 | New canvas art painting |
| 29 | X S Decorative painting monopoly |
| 30 | Artistic optical painting |
| 31 | CalbouKimctMI |
| 32 | The Decorative Home |
| 33 | Fengyu wall art |
| 34 | Dylan Chen |
| 35 | Signboards of metal |

| | |
|---|---|
| 36 | Ayanglinga |
| 37 | The Wall decorat |
| 38 | Canvas Printing Painting Art |
| 39 | achenjin |
| 40 | The Fashion Wall |
| 41 | Ling Teng Poster |
| 42 | Timely canvas painting |
| 43 | Chic Wall Painting |
| 44 | YNAdian |
| 45 | The panting wall |
| 46 | Clock Wall Art |
| 47 | Interesting pavilion |
| 48 | XYY Decorative paintings and posters |
| 49 | han wall art |
| 50 | XJ Decorative paintings and posters |
| 51 | █████████████████████████ |
| 52 | Boutique Jesus Poster Shop |
| 53 | shannixing HD canvas poster |
| 54 | ruihua744 |