**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RUEDIGER LAUKTIEN,

     Plaintiff,                                    Case No.:  1:26-cv-03092

v.                                              Judge Joan H. Lefkow

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant, identified in Schedule A, with leave

to reinstate within forty-five (45) days if the agreed settlement payment is not received.

| NO. | DEFENDANT |
|-----|-----------|
| 51 | YOuYOu Canvas Poster |

This terminates the action.

DATED:  July 14, 2026                    Respectfully submitted,

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt
                                             FL Bar No. 1036084 │ IL Bar No. 6207971
                                           Keith A. Vogt PLLC
                                           1820 NE 163rd Street, Suite #306
                                           North Miami Beach, Florida 33162
                                           Telephone: 312-971-6752
                                           E-mail: keith@vogtip.com

                                           ***ATTORNEY FOR PLAINTIFF***

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 14, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

2