**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ruediger Lauktien

                                                    Plaintiff,

v.                                                                    Case No.:
                                                                     1:26–cv–03092
                                                                     Honorable Joan H.
                                                                     Lefkow

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 15, 2026:

        MINUTE entry before the Honorable Joan H. Lefkow: Pursuant to the notice of
voluntary dismissal, this case is dismissed without prejudice as to the remaining defendant
with leave to reinstate within 45 days. Status hearing set for 7/15/2026 is stricken. Civil
case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.